AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Refugio Islas-Medina,<br>a.k.a.: Jose Refugio-Islas Medina,<br>a.k.a.: Jose Refugioislas Medina,<br>(A208 577 787)<br>*Defendant* | Case No. 17-6338MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 30, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Refugio Islas-Medina, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about October 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 18, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 30, 2017, Jose Refugio Islas-Medina was booked into the Maricopa County Jail (MCJ) intake facility by the Mesa Police Department on local charges. While incarcerated at the MCJ, Islas-Medina was examined by ICE Officer S. Wilkinson who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 18, 2017, Islas-Medina was released from the MCJ and transferred to the Phoenix ICE office for further investigation and processing. Islas-Medina was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Refugio Islas-Medina to be a citizen of Mexico and a previously deported criminal alien. Islas-Medina was removed from the United States to Mexico at or near Del Rio, Texas, on or about October 6, 2016,

1

pursuant to an order of removal issued by an immigration official. There is no record of Islas-Medina in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Islas-Medina's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Refugio Islas-Medina was convicted of Possession of Drug Paraphernalia, a felony offense, on April 25, 2016, in the Superior Court of Arizona, Maricopa County. Islas-Medina was sentenced to eighteen (18) months' probation. Islas-Medina's criminal history was matched to him by electronic fingerprint comparison.

5. On August 18, 2017, Jose Refugio Islas-Medina was advised of his constitutional rights. Islas-Medina freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 30, 2017, Jose Refugio Islas-Medina, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about October 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 18th day of August, 2017.

_____
David K. Duncan,
United States Magistrate Judge